IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

Plaintiff

v.

STACEY ELAM POMRENKE

Defendant

Case No. 1:20: CR 000041-001

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 1 2 2025

LAURA A. AUSTIN, CLERK
BY: /s/ K. Campbell
DEPUTY CLERK

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Stacey Elam Pomrenke, pro se, hereby requests the Court to terminate the remaining term of my supervised release pursuant to 18 U.S.C. Section 3583(e)(1). My three year term of supervised release began on July 14, 2023. I have already completed over half of my supervisory term.

I am being supervised in the Western District of Virginia where I live and work. Prior to filing this Motion, I asked my Probation Officer Brooke Rhymer if she objected to my filing this Motion and she advised me that she had no objection.

18 U.S.C. Section 3583(e)(1) authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervised release if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18 U.S.C. Section 3553(a) in deciding whether to grant a motion for early termination of supervised release. The Judicial Conference identified the following factors to consider:

Officers should consider the suitability of early termination for offenders as soon as they are statutorily eligible. The general criteria for assessing whether a statutorily eligible offender should be recommended to the court as an appropriate candidate for early termination are as follows:

1. Stable community reintegration (e.g., residence, family, employment);
2. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;
3. No aggravated role in the offense of conviction, particularly large drug or fraud offenses;
4. No history of violence;
5. No recent arrests or convictions or (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
6. No recent evidence of alcohol or drug abuse;
7. No recent psychiatric episodes;
8. No identifiable risk to the safety of any identifiable victim;
9. No identifiable risk to public safety based on the Risk Prediction Index.

Pursuant to the policy, there is a presumption in favor of recommending early termination for supervisees after the first 18 months if they are not career violent and/or drug offenders, sex offenders, or terrorists if they present no identified risk to the public or victims and if they are free from any moderate or high severity violations.

I have satisfied all of the above listed factors set forth for early termination. I have completed all terms of my supervision and have no need for programming or treatment. I have paid all fines and costs and restitution and owe nothing. I have fully complied with all conditions of my supervised release and have done everything asked for by my probation officer. As I mentioned, my Probation Officer does not oppose this Motion.

I self-surrendered and served my time without incident. My supervision has likewise been without incident. I have had steady employment since my release. I help support my family and currently pay for my daughter to attend Virginia Tech. Our son is a junior at Abingdon High School and I am very involved in his school and athletic activities. Our family attends church regularly and I have lived at the same residence I built since 1997.

I have fully complied with all terms of my supervision and every condition asked of me. I consider myself fully reintegrated into society. I have satisfied every one of those 9 factors listed above. As a result, I consider myself an ideal candidate for early termination of supervised release.

I respectfully request this Court to grant my Motion for Early Termination of Supervised Release. Thank you.

Respectfully submitted,

*Stacey E. Pomrenke*

Stacey Elam Pomrenke

Pro se

17763 Mahogany Drive

Abingdon, VA 24210

276-791-6937

DATED: February 6, 2025

CERTIFICATE OF SERVICE

On this day, February 6, 2025, I mailed a copy of this Motion to the United States Attorney's Office at 310 Cummings Street, Abingdon, Va. 24210.

*Stacey E. Pomrenke*

Stacey Elam Pomrenke