The Pomrenkes
17763 Mahogany Drive
Abingdon, VA 24210



United States District Court
180 W. Main St.
Room 104
Abingdon, Va   24210

02/08