# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

March 05, 2025

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:20CR00041 |
| v. ) | **ORDER** |
| **STACEY POMRENKE,** ) | Judge James P. Jones |
| Defendant. ) | |

The defendant, Stacey Pomrenke, has filed a pro se letter-motion seeking early release from her term of supervised release. She was convicted on January 26, 2021, for conspiracy to defraud the United States in violation of 18 U.S.C. §§ 371 and 3147. Pomrenke was sentenced to 30 months' incarceration and three years of supervised release. She began her supervised release on August 28, 2023. The government opposes an early termination.

While Pemrenke has obeyed the conditions of her supervision, I do not believe that it would be appropriate to terminate her supervised release. The period of supervision was imposed to reflect the egregious nature of her crime and her criminal history, as well as to deter further crimes. 18 U.S.C. §§ 3583(c), 3553(a)(1), (a)(2)(B)–(C). As the government points out, the conviction here stems from an attempt to avoid serving the full term of her sentence in a previous case. Considering

these factors, I do not believe that early termination of supervision is in the interest of justice.  18 U.S.C. § 3583(e)(1).  Accordingly, the motion, ECF No. 28, is DENIED.  The Clerk shall send a copy of this Order to the defendant and to the probation office.

It is so **ORDERED**.

ENTER: March 5, 2025

/s/  JAMES P. JONES
Senior United States District Judge